IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SUESUEVALE FAAU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-456-VEH-TMP |
| | ) | |
| JEFF SESSIONS, *et al.*; | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On November 6, 2017, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 13). No objections have been filed. The Report and Recommendation was mailed to petitioner at his only known address, and was returned as undeliverable. (Doc. 14). Having now carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* is due to be DENIED and DISMISSED AS MOOT. A separate final judgment will be entered.

DONE and ORDERED this 21st day of November, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge